SADMIRA RAMIC, ESQ.
Nevada Bar No.: 15984
CHRISTOPHER M. PETERSON, ESQ.
Nevada Bar No.: 13932
SOPHIA A. ROMERO, ESQ.
Nevada Bar No.: 12446
**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 830-9205
Email: ramic@aclunv.org
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISCTRICT COURT OF NEVADA**

| | |
|---|---|
| DAWNYELL FLYNN an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, a public entity of the State of Nevada; DONALD BURSE, an individual; CHARLES DANIELS, director, in his official capacity; and Doe Nevada Department of Corrections Employees 1 – 10, in their individual and official capacity,<br><br>Defendant(s). | Case No.: 2:22-cv-01753-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND TO FILE A DISCOVERY PLAN**<br>**(Second Request)**<br><br>ECF Nos. 7, 9, 11 |

/ / /

/ / /

**STIPULATION**
**(SECOND REQUEST)**

Pursuant to Local Rules IA 6-1, 6-2, and 7-1, it is hereby stipulated and agreed by and among Defendants, Nevada Department of Corrections (NDOC) and Charles Daniels, and Plaintiff, Dawnyell Flynn, as follows:

1. Defendants, NDOC and Charles Daniels, removed this action from state court to federal court on October 19, 2022. *See* ECF No. 1.

2. Though served, Defendant Donald Burse has not made an appearance.

3. Defendants NDOC and Charles Daniels filed a Motion to Dismiss on December 30, 2022. *See* ECF No. 7.

4. The Court issued an order on December 30, 2022, ordering Plaintiff to respond by January 13, 2023, to the Motion to Dismiss.

5. The Court issued an order on December 30, 2022, setting a deadline of January 29, 2023, for a Discovery Plan/Schedule.

6. On January 12, 2023, counsel for Defendants NDOC and Charles Daniels and counsel for Plaintiff conferred regarding potential settlement in this matter.

7. On January 18, 2023, parties first Stipulation and Order to Extend Deadline to Respond to Defendants' Motion to Dismiss and to File a Discovery Plan was granted, extending Plaintiff's deadline to file an opposition to the Motion to Dismiss to March 16, 2023, and the deadline to file a Discovery Plan/Schedule to March 30, 2023. *See* ECF No. 11.

8. Since the extension, Plaintiffs have been in communication with Defendants about potential settlement, including providing examples of settlement agreements from other jurisdictions resolving issues similar to this matter.

9. Parties agree that a short extension of the current deadlines would provide Defendants sufficient time to evaluate the materials provided and draft a settlement proposal.

10. The deadline to file an opposition in response to the Motion to Dismiss shall be extended 14 days. The new deadline is March 27, 2023.

11. The deadline to file a Discovery Plan/Schedule shall be extended 14 days. The new deadline is April 13, 2023.

12. This is the parties' second request for an extension of a deadline in this case. The requested extension is not intended to cause any delay or to prejudice any party.

**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
By: /s/ Christopher Peterson
CHRISTOPHER PETERSON (13932)
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
*Attorney for Plaintiff*

**OFFICE OF THE ATTORNEY GENERAL**
By: /s/ Chris Davis
CRAIG A. NEWBY (8591)
CHRIS DAVIS (6616)
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
*Attorney for NDOC and Charles Daniel*

**ORDER**

IT IS SO ORDERED:

By: [signature]

U.S. DISTRICT COURT JUDGE

DATED: 3/14/23