SADMIRA RAMIC, ESQ.
Nevada Bar No.: 15984
CHRISTOPHER M. PETERSON, ESQ.
Nevada Bar No.: 13932
SOPHIA A. ROMERO, ESQ.
Nevada Bar No.: 12446
JACOB SMITH, ESQ.
Nevada Bar No.:16324
**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, Nevada 89032
Telephone: (702) 366-1226
Facsimile: (702) 830-9205
Email: ramic@aclunv.org
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISCTRICT COURT OF NEVADA

| | |
|---|---|
| DAWNYELL FLYNN an individual,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, a public entity of the State of Nevada; DONALD BURSE, an individual; CHARLES DANIELS, director, in his official capacity; and Doe Nevada Department of Corrections Employees 1 – 10, in their individual and official capacity,<br><br>　　　　　Defendant(s). | Case No.: 2:22-cv-01753-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE A DISCOVERY PLAN**<br>**(Fourth Request)** |

/ / /

/ / /

/ / /

**STIPULATION**
**(FOURTH REQUEST)**

Pursuant to Local Rules IA 6-1, 6-2, and 7-1, it is hereby stipulated and agreed by and among Defendants, Nevada Department of Corrections (NDOC) and Charles Daniels, and Plaintiff, Dawnyell Flynn, as follows:

1. Defendants, NDOC and Charles Daniels, removed this action from state court to federal court on October 19, 2022. *See* ECF No. 1.

2. Though served, Defendant Donald Burse has not made an appearance.

3. Defendants NDOC and Charles Daniels filed a Motion to Dismiss on December 30, 2022. *See* ECF No. 7.

4. Plaintiff Flynn filed her response to Defendant's Motion to Dismiss on March 27, 2023.

5. Defendants NDOC and Charles Daniels filed their reply in support of their Motion to Dismiss on April 10, 2023.

6. Throughout the briefing related to Defendants' Motion to Dismiss, Plaintiff's counsel has been in communication with Defendants about potential settlement.

7. Defendants extended proposed settlement terms to Plaintiff on March 22, 2023.

8. On April 13, 2023, parties met to discuss Defendants' proposed settlement terms, and Plaintiff's potential counterproposals.

9. After evaluating the respective opposition's position, both parties have a good faith belief that a settlement is possible in this matter.

10. As Plaintiff Flynn is incarcerated, Plaintiff's counsel will need more time than is typical to communicate settlement terms with her and finalize any details related to settlement.

11. To provide sufficient time to finalize negotiations, the parties seek to extend the current deadline for parties' discovery plan sixty (60) days to **June 12, 2023**.

12. This is the parties' fourth request for an extension of a deadline in this case. It is the third request to extend the discovery plan deadline.

13. The requested extension is not intended to cause any delay or to prejudice any party.

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION OF NEVADA**<br>By: /s/ Jacob Smith<br>CHRISTOPHER PETERSON (13932)<br>JACOB SMITH (16324)<br>4362 W. Cheyenne Ave.<br>North Las Vegas, NV 89032<br>*Attorney for Plaintiff* | **OFFICE OF THE ATTORNEY GENERAL**<br>By: /s/ Chris Davis<br>CRAIG A. NEWBY (8591)<br>CHRIS DAVIS (6616)<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, Nevada 89101<br>*Attorney for NDOC and Charles Daniel* |

**ORDER**

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: April 20, 2023