1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWNYELL FLYNN, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, a public entity of the State of Nevada; DONALD BURSE, an individual; JAMES DZURENDA, director, in his official capacity; and Doe Nevada Department of Corrections Employees 1-10, in their individual and official capacities,<br><br>                Defendants. | Case No. 2:22-cv-01753-JAD-NJK<br><br>ORDER GRANTING STIPULATION<br>**TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

      Defendants, Nevada Department of Corrections and James Dzurenda, in his official capacity (collectively, "NDOC"), by and through the Nevada Office of the Attorney General, and Plaintiff Dawnyell Flynn, by and through the American Civil Liberties Union of Nevada, hereby stipulate and agree to extend the time for Defendants to file a response to Plaintiff's First Amended Complaint filed on September 28, 2023 by seven days, from October 12, 2023 to October 19, 2023.

Page **1**

Counsel for defendants was recently assigned to this case. Although counsel has been diligent in reviewing the case record and timely trying to complete a response to the First Amended filed on the 28th, due to the 360 pages of exhibits attached to the First Amended Complaint and counsel's existing caseload, counsel has been unable to do so.

This is the first request to extend the time to respond to Plaintiff's First Amended Complaint. This request is not made for any improper purpose or to unnecessarily delay this matter.

Based on the foregoing and for good cause appearing, the parties, through their counsel, hereby stipulate and agree to extend the time to respond to the First Amended Complaint by seven (7) days to October 19, 2023.

Dated this 11th day of October 2023.

| | |
|---|---|
| **AARON D. FORD**<br>**Attorney General** | **AMERICAN CIVIL LIBERTIES UNION OF NEVADA** |
| By: */s/ Sabrena K. Clinton*<br>Sabrena K. Clinton (Bar No. 6499)<br>  Deputy Attorney General<br>*Attorneys for Defendants*<br>*State of Nevada ex rel.*<br>*Nevada Department of Corrections*<br> *and James Dzurenda* | By: */s/ Christopher Peterson*<br>Christopher Peterson (Bar No. 13932)<br>*Attorneys for Plaintiff Dawnyell Flynn* |

## ORDER

**IT IS SO ORDERED.**

DATED this  12th  day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

Page **2**