# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Dawnyell Tenaya Flynn, | Case No. 2:22-cv-01753-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 65] |
| Nevada Department of Corrections, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to continue the early mediation conference, Docket No. 65, which is **GRANTED**. The previous order establishing the requirements for the inmate early mediation in this case (Docket No. 64) continues to govern the inmate early mediation, except that it is **MODIFIED** as follows:

- The inmate early mediation is continued to **8:30 a.m. on August 30, 2024**;
- The mediator will be **Kathleen Bergquist.**
- Mediation statements must be submitted by **4:00 p.m. on August 16, 2024**; and
- Email addresses for each participant who will be appearing at the mediation must be provided to Summer Rivera at summer_rivera@nvd.uscourts.gov by **4:00 pm on August 16, 2024.**

IT IS SO ORDERED.

DATED:  June 28, 2024

_____
Nancy J. Koppe
United States Magistrate Judge