# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAWNYELL TENAYA FLYNN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA EX REL. NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>　　　　Defendants. | Case No. 2:22-cv-01753-JAD-NJK<br><br>**Order**<br><br>[Docket No. 83] |

　　　　Pending before the Court is the parties' stipulation to extend discovery. Docket No. 83.

　　　　On November 6, 2023, the Court entered a scheduling order in this case. Docket No. 34. On January 9, 2025, the Court extended discovery deadlines. Docket No. 47. On February 28, 2024, United States District Court Judge Jennifer A. Dorsey entered a 90-day stay of this case pending the parties' participation in the Inmate Early Mediation Program. Docket No. 53. On May 28, 2024, the undersigned extended the stay and ordered that a stay report must be filed three days after the Inmate Early Mediation Conference. Docket No. 63. On November 22, 2024, the parties completed the conference, which was unsuccessful. Docket No. 71. Per the undersigned's order, the stay lifted three days after the Inmate Early Mediation Conference. Docket No. 83.

　　　　The parties now seek a discovery period that extends the current discovery deadlines by 180 days, but fail to demonstrate why the Court should restart the discovery clock when they engaged in a significant discovery period prior to the entry of the stay. Further, the parties seek the 180-day discovery period due to their "mistaken belief that a stay remained in place." Docket No. 84-1 at 5. The parties fail to demonstrate how or why *their* delay warrants a longer discovery period.

Accordingly, the parties' stipulation is **DENIED**. Docket No. 83. Case management deadlines will be calculated to account for the time left for discovery prior to the stay, *see* Docket No. 47, and are hereby **SET** as follows:

- Initial experts: April 14, 2025
- Rebuttal experts: May 14, 2025
- Discovery cutoff: June 14, 2025
- Dispositive motions: July 14, 2025
- Joint proposed pretrial order: August 13, 2025, 30 days after resolution of dispositive motions, or by further Court order

IT IS SO ORDERED.

Dated: March 28, 2025

Nancy J. Koppe
United States Magistrate Judge