AARON D. FORD
  Attorney General
Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General - Litigation
Kyle J. Hoyt (Bar No. 14886)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3427 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov
khoyt@ag.nv.gov

*Attorneys for Defendants State of Nevada ex rel.*
*Nevada Department of Corrections and*
*James Dzurenda*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWNYELL FLYNN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, a public entity of the State of Nevada; DONALD BURSE, an Individual; JAMES DZURENDA, Director, in His Official Capacity; and Doe Nevada Department of Corrections Employees 1-10, in Their Individual and Official Capacities,<br><br>Defendants. | Case No. 2:22-cv-01753-JAD-NJK<br><br>ORDER GRANTING **DISASSOCIATION OF COUNSEL AND REMOVAL FROM CM/ECF** |

Pursuant to Local Rule IA 11-6(b), NOTCE IS HEREBY GIVEN to the Court and parties that Chief Litigation Counsel Marni Rubin Watkins is no longer associated with the Nevada Attorney General's Office and seeks to withdraw as counsel for the Defendants in this matter: State of Nevada ex rel. Nevada Department of Corrections, a public entity of the State of Nevada; Charles Daniels, in his office Capacity; and James Dzurenda, in his official capacity. Chief Deputy Solicitor General Jessica Whelan and Senior Deputy

1  Attorney General Kyle J. Hoyt will continue to represent the Defendants, and they will not
2  be without counsel.
3        **Please let this serve as a request for MARNI K. WATKINS and MARNI**
4  **RUBINS-WATKINS to be removed from the service list, mailing lists, the Court's**
5  **mailing list and the Court's electronic notices.**
6        DATED this 28th day of April, 2025.

                                          AARON D. FORD
                                          Attorney General

                                          By: */s/ Jessica E. Whelan*
                                              Jessica E. Whelan (Bar No. 14781)
                                                Chief Deputy Solicitor General - Litigation
                                              Kyle J. Hoyt (Bar No. 14886)
                                                Senior Deputy Attorney General

                                          *Attorneys for Defendants State of Nevada ex rel.*
                                          *Nevada Department of Corrections and James*
                                          *Dzurenda*

IT IS SO ORDERED.
Dated: April 29, 2025

Nancy J. Koppe
United States Magistrate Judge