AARON D. FORD
  Attorney General
Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General - Litigation
Kyle J. Hoyt (Bar No. 14886)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3427 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov
khoyt@ag.nv.gov

*Attorneys for Defendants State of Nevada ex rel. Nevada Department of Corrections and James Dzurenda*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAWNYELL FLYNN, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, a public entity of the State of Nevada; DONALD BURSE, an individual; JAMES DZURENDA, director, in his official capacity; and Doe Nevada Department of Corrections Employees 1-10, in their individual and official capacities,<br><br>        Defendants. | Case No. 2:22-cv-01753-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS AND JAMES DZURENDA'S RESPONSE TO PLAINTIFF'S MOTIONS TO COMPEL AND MOTION IN LIMINE**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 105 |

IT IS HEREBY STPULATED between Plaintiff Dawnyell Flynn, Defendants, Nevada Department of Corrections and James Dzurenda, in his official capacity (collectively "State Defendants"), by and through their respective counsel of record, hereby jointly stipulate and agree to extend the time for Defendants to file oppositions to Plaintiff's Renewed Motion to Compel Defendants to Respond to Plaintiff's First, Second, and Third Set of Requests for Production of Documents and Second Set of Interrogatories (ECF No. 102), which is currently due July 14, 2025 and Plaintiff's Motion in Limine to Exclude

1  Expert Witness Testimony of Stanley Kephart Under Federal Rule of Evidence 702 (ECF
2  No. 103), which is currently due July 17, 2025, up to and including July 21, 2025.

3        The Motion to Compel has been recently impacted by separate criminal proceedings. Last week, Defendant Burse entered a guilty plea which has altered the analysis of documents and information being withheld by NDOC which may reduce the scope of the dispute among the parties relevant to the Motion to Compel. NDOC intends to release additional documents in the coming days pursuant to the resolution of Defendant Burse's criminal proceedings.

9        The Motion to Exclude Stanley Kephart raises multiple issues and arguments, and Defendants seek additional time to address them in full prior to filing.

11       Additionally, the during the intervening time since each Motion was filed, there was a federal holiday weekend and the supervising attorney on this matter had a separate family vacation over several days the week of July 7. This has further delayed the ability of Defendants to prepare oppositions to each motion.

26  / / /
27  / / /
28  / / /

1  Based on the foregoing and for good cause appearing, the parties, through their
2  counsel, hereby stipulate and agree to extend the time to file oppositions to the Plaintiffs'
3  pending Motions to July 21, 2025.

**IT IS SO STIPULATED.**

DATED this 14th day of July, 2025.    DATED 14th day of July, 2025.

AARON D. FORD    SGRO & ROGER
Attorney General

By: */s/Kyle J. Hoyt*    By: */s/Elaine Odeh*
   Jessica E. Whelan (Bar No. 14781)       Anthony P. Sgro, Esq. (Bar No. 3811)
   Chief Deputy Solicitor General          Elaine Odeh, Esq. (Bar No.14099)
   Kyle J. Hoyt (Bar No. 14886)
   Senior Deputy Attorney General       *Attorneys for Plaintiff Dawnyell Flynn*
   State of Nevada
   Offic of the Attorney General

*Attorneys for Defendants State of
Nevada ex rel. Nevada Department of
Corrections and James Dzurenda*

**IT IS SO ORDERED.**

7/15/25