AARON D. FORD
  Attorney General
Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General - Litigation
Kyle J. Hoyt (Bar No. 14886)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3427 (phone)
(702) 486-3773 (fax)
jwhelan@ag.nv.gov
khoyt@ag.nv.gov

*Attorneys for Defendants State of Nevada ex rel. Nevada Department of Corrections and James Dzurenda*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWNYELL FLYNN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, a public entity of the State of Nevada; DONALD BURSE, an individual; JAMES DZURENDA, director, in his official capacity; and Doe Nevada Department of Corrections Employees 1-10, in their individual and official capacities,<br><br>    Defendants. | Case No. 2:22-cv-01753-JAD-NJK<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND DEFENDANTS STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS AND JAMES DZURENDA'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (ECF NO. 110)**<br><br>**(FIRST REQUEST)**<br><br>[ECF No. 131] |

IT IS HEREBY STPULATED between Plaintiff Dawnyell Flynn, Defendants, Nevada Department of Corrections and James Dzurenda, in his official capacity (collectively "State Defendants"), by and through their respective counsel of record, hereby jointly stipulate and agree to extend the time for Defendants to file a reply in support of their Motion for Summary Judgment (ECF No. 110), by seven days, which is currently due August 4, 2025, to August 11, 2025.

Page **1** of **2**

The parties have filed competing motions for summary judgment and NDOC has focused its energies on opposing the Plaintiff's Motion for Summary Judgment (ECF No. 106). Both Motions raise numerous issues and arguments, and require careful consideration and analysis. Additionally, in the time intervening since the Plaintiff's Motion for Summary Judgment and Opposition to the Defendants' Motion for Summary Judgment were filed, counsel for NDOC had substantial commitments to conduct discovery in a separate matter including two depositions of witnesses of a state agency in Reno, Nevada. This has further delayed the ability of Defendants to prepare a reply in support of the motion for summary judgment.

Based on the foregoing and for good cause appearing, the parties, through their counsel, hereby stipulate and agree to extend the time for Defendants to file a further reply in support of their Motion for Summary Judgment (ECF No. 110) August 11, 2025.

**IT IS SO STIPULATED.**

DATED this 4th day of August, 2025.

AARON D. FORD
Attorney General

By: */s/Kyle J. Hoyt*
    Jessica E. Whelan (Bar No. 14781)
      Chief Deputy Solicitor General
    Kyle J. Hoyt (Bar No. 14886)
      Senior Deputy Attorney General
    State of Nevada
    Offic of the Attorney General

*Attorneys for Defendants State of Nevada ex rel. Nevada Department of Corrections and James Dzurenda*

DATED 4th day of August, 2025.

SGRO & ROGER

By: */s/Elaine Odeh*
    Anthony P. Sgro, Esq. (Bar No. 3811)
    Elaine Odeh, Esq. (Bar No.14099)

*Attorneys for Plaintiff Dawnyell Flynn*

**IT IS SO ORDERED.**

DATED: August 5, 2025

_____
UNITED STATES DISTRICT JUDGE