# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAWNYELL TENAYA FLYNN,

    Plaintiff,

v.

STATE OF NEVADA EX REL. NEVADA DEPARTMENT OF CORRECTIONS et al.,

    Defendants.

Case No. 2:22-cv-01753-JAD-NJK

**Order**

[Docket No. 140]

Pending before the Court is a stipulation to extend case management deadlines by ninety days. Docket No. 140.

Local Rule IA 10-2 provides the required format for filed documents. The first page of a filed document must include a caption with the parties' names and the case number. *See* LR IA 10-2. Local Rule IA 10-1(d) provides that "[t]he court may strike any document that does not conform to an applicable provision of these rules or any Federal Rule of Civil or Criminal Procedure."

The instant stipulation appears to have been filed in the wrong case. Docket No. 140; *see also Flynn v. Gates et al.*, 2:24-cv-00083-CDS-DJA. The instant stipulation does not contain the correct Defendants' names, nor the correct case number. *See* Docket No. 140 at 1; *contra* Docket. Further, the stipulation provides for the extension of case management deadlines which are not applicable in this case. *See* Docket No. 140 at 3-4; *see also Flynn v. Gates et al.*, 2:24-cv-00083-CDS-DJA, Docket No. 53.

Accordingly, the Court **STRIKES** the instant stipulation. Docket No. 140.

IT IS SO ORDERED.

Dated: November 7, 2025

                                                                    Nancy J. Koppe
                                                                    United States Magistrate Judge