# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAWNYELL FLYNN, an individual,

                Plaintiff,

vs.

STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, a public entity of the State of Nevada; DONALD BURSE, an Individual; JAMES DZURENDA, Director, in His Official Capacity; and Doe Nevada Department of Corrections Employees 1-10, in Their Individual and Official Capacities,

                Defendants.

Case No. 2:22-cv-01753-JAD-NJK

**ORDER GRANTING DISASSOCIATION OF COUNSEL AND REMOVAL FROM CM/ECF**

Pursuant to Local Rule IA 11-6(b), NOTICE IS HEREBY GIVEN to the Court and parties that Senior Deputy Attorney General Kyle J. Hoyt is no longer associated with the Nevada Attorney General's Office and seeks to withdraw as counsel for Defendants State of Nevada ex rel. Nevada Department of Corrections and James Dzurenda. Jessica E. Whelan, Chief Deputy Solicitor General – Litigation, will continue to represent the Defendant, and Defendant will not be without counsel.

/ / /

/ / /

/ / /

**Please let this serve as a request for KYLE J. HOYT to be removed from the service list, mailing lists, the Court's mailing list and the Court's electronic notices.**

DATED this 26th day of March, 2026.

AARON D. FORD
Attorney General

By: /s/ *Jessica E Whelan*
JESSICA E. WHELAN (Bar No. 14781)
Chief Deputy Solicitor General - Litigation

*Attorneys for Defendants State of Nevada ex rel. Nevada Department of Corrections and James Dzurenda*

**IT IS SO ORDERED**
Dated: March 27, 2026

_____
Nancy J. Koppe
United States Magistrate Judge