**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Dawnyell Flynn,<br><br>     Plaintiff,<br><br>v.<br><br>Burse, et al.,<br><br>     Defendants. | Case No.: 2:22-cv-01753-JAD-NJK<br><br>**Order** |

On March 19, 2026, the Court issued an order setting a settlement conference in the instant case for June 4, 2026. Docket No. 146. The order specified, *inter alia*, the time, date, and required personal appearances for the settlement conference. *Id*. at 1-2. Specifically, the Court ordered that "[a]ll parties appearing *pro se*" are "<u>required to appear for the duration of the settlement conference</u>[.]" *Id*. (emphasis in original). The Court further ordered, *inter alia*, that each party appearing *pro se* must "submit a confidential written statement for the Court's ***in camera*** review." *Id*. at 2 (emphasis in original).

The Court's order was mailed to Defendant Burse at his address of record. *See* Docket No. 146. Nonetheless, the Court has not received a settlement conference statement from Defendant Burse.

Accordingly, the Court **CONTINUES** the settlement conference to **July 14, 2026**, at 10:00 a.m. Defendant Burse is **ORDERED** to submit a settlement conference statement to the Court, no later than **July 2, 2026**. Any other party may submit an updated settlement conference statement,

if the party chooses, to the Court no later than **July 2, 2026**.  All settlement conference statements must be bound and tabbed.  *Cf.* Local Rule IA 10-1(c); Local Rule IA 10-3(i).

As Plaintiff is in prison, Defendants' counsel is **ORDERED** to coordinate with the undersigned's courtroom deputy, Ari Caytuero, to facilitate Plaintiff's remote appearance at the settlement conference.  Mr. Caytuero can be reached at 702-464-5566.

All other requirements set forth in the Court's order at Docket No. 146 remain.

Orders are not suggestions or recommendations; they are directives with which compliance is mandatory.  *See, e.g.*, *Chapman*, 613 F.2d at 197; *see also Weddell v. Stewart*, 261 P.3d 1080, 1085 & n.9 (Nev. 2011).

FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.

IT IS SO ORDERED.

DATED: June 2, 2026.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE