# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Dawnyell Flynn,

    Plaintiff,

v.

Burse, et al.,

    Defendants.

Case No.: 2:22-cv-01753-JAD-NJK

**Order**

On March 19, 2026, the Court issued an order setting a settlement conference in the instant case for June 4, 2026. Docket No. 146. The order specified, *inter alia*, the time, date, and required personal appearances for the settlement conference. *Id*. at 1-2. Specifically, the Court ordered that "[a]ll parties appearing *pro se*" are "<u>required to appear for the duration of the settlement conference</u>[.]" *Id*. (emphasis in original). The Court further ordered, *inter alia*, that each party appearing *pro se* must "submit a confidential written statement for the Court's ***in camera*** review." *Id*. at 2 (emphasis in original).

The Court's order was mailed to Defendant Burse at his address of record. *See* Docket No. 146. Nonetheless, the Court did not receive a settlement conference statement from Defendant Burse. As a result, the Court continued the settlement conference to July 14, 2026.

Today, July 13, 2026, the Court was informed that Defendant Burse has a family emergency that will not allow him to appear at the settlement conference. Defendant Burse further claims that he never received the order requiring him to submit a settlement brief and setting the settlement conference.

Accordingly, the Court **VACATES** the settlement conference set for July 14, 2026.  The parties, including Defendant Burse, are **ORDERED** to meet, no later than **July 20, 2026**, and determine five dates on which all necessary parties are available for the settlement conference.  No later than **July 21, 2026**, the parties must submit a stipulation to reset the settlement conference that lists the five dates.  Further, no later than **July 21, 2026**, Defendant Burse must provide, under seal, proof of the family emergency.

Orders are not suggestions or recommendations; they are directives with which compliance is mandatory.  *See, e.g.*, *Chapman*, 613 F.2d at 197; *see also Weddell v. Stewart*, 261 P.3d 1080, 1085 & n.9 (Nev. 2011).

FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.

IT IS SO ORDERED.

DATED: July 13, 2026.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2