**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Dawnyell Flynn,

Plaintiff,

v.

Burse, et al.,

Defendants.

Case No. 2:22-cv-01753-JAD-NJK

**Order**

[Docket No. 153]

Pending before the Court is a stipulation to reschedule the settlement conference, Docket No. 153, which is **GRANTED**. The settlement conference is **RESET** for **10:00 a.m. on August 21, 2026**. Defendant Burse must submit his settlement conference statement, in an envelope marked "Confidential," directly to the undersigned's box in the Clerk's Office not later than 3:00 p.m. on August 14, 2026. All other requirements in the orders at Docket Nos. 146 and 152 remain in force.

IT IS SO ORDERED.

Dated: July 22, 2026

Nancy J. Koppe
United States Magistrate Judge